JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY as subrogee of Nexgen Pharma Inc., <br><br> Plaintiff, <br><br> vs. <br><br> SONOCO PLASTICS INC.; SONOCO PRODUCTS COMPANY; and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 8:19-cv-00619-JLS-ADS <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> District Judge: Hon. Josephine L. Staton <br> Courtroom: 10A <br> Magistrate Judge: Hon. Autumn D. Spaeth <br> Courtroom: 6B <br> Complaint Filed: February 22, 2019 |

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and
2. Each party is to bear its/his own fees and costs.

**IT IS SO ORDERED.**

DATED: 03/20/2020

JOSEPHINE L. STATON
The Honorable Josephine L. Staton
United States District Court Judge